# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0288
Lower Tribunal No. 2023-CC-022872-O

_____

LISA REMBERT,

Appellant,

v.

VERONICA GARCIA and UNKNOWN TENANTS,

Appellees.

_____

Appeal from the County Court for Orange County.
Cherish Adams, Judge.

December 23, 2025

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("In appellate proceedings the decision of a trial court has the presumption of correctness and the burden is on the appellant to demonstrate error.").

NARDELLA, WHITE and SMITH, JJ., concur.

Lisa Rembert, Orlando, pro se.

Veronica Garcia, Orlando, pro se.

No appearance for Appellees, Unknown Tenants.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED